JS - 6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISTEN PILATO AND WILLIAM THOMAS,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>JOSHUA RHODES, MICHAEL HAMILTON, VANCE STOLTE, AND DOES 1-25,<br><br>　　　　Defendants.<br>_____ | Case No. CV 12-0438-JGB(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITH PREJUDICE.  The Court orders that such judgment be entered.

Dated: February 11, 2013　　　　　_____
　　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　United States District Judge